IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 07-cv-02565-RPM-MEH　　　　　　　　　Date:　May 5, 2008
Courtroom Deputy: Cathy Coomes　　　　　　　　　　　**FTR – Courtroom C203**

---

SONY BMG MUSIC ENTERTAINMENT,　　　　　　　　　Andrew Bijan Mohraz
ATLANTIC RECORDING CORPORATION,
UMG RECORDINGS, INC., and
BMG MUSIC,

　　　　Plaintiffs,

vs.

STEVEN LINDSAY,　　　　　　　　　　　　　　　　　(No appearance)

　　　　Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**EVIDENTIARY HEARING – APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**

**Court in session:**　　2:05 p.m.

Court calls case.  Appearance of counsel.

Argument and discussion regarding Application for Entry of Default Judgment by the Court (Doc. #15, filed 4/22/08).

Plaintiffs' Exhibits 1 through 7 are identified and admitted.

**ORDERED:**　1.　The Court takes the Application for Entry of Default Judgment by the Court (Doc. #15, filed 4/22/08) under advisement.

　　　　　　　2.　The Scheduling Conference set for May 28, 2008, is VACATED.

**Court in recess:**　　2:31 p.m.  (Hearing concluded)
**Total time in court:**　0:26