IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02565-RPM-MEH

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership;
ATLANTIC RECORDING CORPORATION, a Delaware corporation;
UMG RECORDINGS, INC., a Delaware corporation; and
BMG MUSIC, a New York general partnership,

               Plaintiffs,

v.

STEVEN LINDSAY,

    Defendant.

___

## ORDER FOR ENTRY OF JUDGMENT

___

The plaintiffs' motion for default judgment in this civil action was referred to United States Magistrate Judge Michael E. Hegarty who filed his recommendation on May 6, 2008, after a hearing held on May 5, 2008. Upon review of the papers filed, the Court adopts the findings of fact and conclusions of law set forth in the recommendation with the exception of the scope of the injunctive relief recommended. The complaint in this case was specific only as to the ten registered copyrights identified as Exhibit A to the Complaint. The injunctive relief sought is a broad injunction prohibiting the defendant from directly or indirectly infringing any sound recording now in existence or later created. Because such an injunction goes well beyond the complaint in the case, in this Court's view it would be a violation of due process of law to enjoin the defendant beyond that of which he has notice from the

complaint.  Additionally, the injunctive relief requested would violate the requirements of Fed.R.Civ.P. 65(b) requiring specificity in reasonable detail.   It is now

ORDERED that judgment shall enter awarding the plaintiff statutory damages in the amount of $7,500.00 and costs in the amount of $420.00 and enjoining the defendant Steven Lindsay from directly or indirectly infringing the following copyrights:

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| Atlantic Recording Corporation | Pretty Ricky | Nothing But A Number | Bluestars | 376-229 |
| SONY BMG MUSIC ENTERTAINMENT | Omarion | I'm Tryna | O | 371-123 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Someday | Mariah Carey | 118-408 |
| UMG Recordings, Inc. | Keke Wyatt | Nothing In This World | Soul Sista | 303-159 |
| UMG Recordings, Inc. | Mariah Carey | We Belong Together | The Emancipation of Mimi | 370-795 |
| BMG Music | Jamie Foxx | Unpredictable | Unpredictable | 374-820 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Close My Eyes | Butterfly | 244-014 |
| UMG Recordings, Inc. | Young Jeezy | Soul Survivor | Let's Get It: Thug Motivation 101 | 375-159 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Bad | Bad | 84-256 |

and directing that the defendant shall destroy all copies of the specified recordings in any physical medium or device in his possession, custody or control.

Dated: June 4th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge